COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MORNINGSIDE MINISTRIES, | § | No. 08-23-00332-CV |
| Appellant, | § | Appeal from the |
| v. | § | 451st District Court |
| KOONTZ McCOMBS CONSTRUCTION, LTD. d/b/a KOONTZ McCOMBS CONSTRUCTION, and PROJECT CONTROL OF TEXAS, INC., | § § § | of Kendall County, Texas (TC# 20-489) |
| Appellees. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of May 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.